IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.     Case No. 14-06011-04-CR-SJ-HFS

STEVEN LEE SCHREIER, JR.

AUSA: Bruce Rhoades
Defense Atty.: Jim Brown and Anthony Bologna

| JUDGE: | **John T. Maughmer**<br>U. S. Magistrate Judge | DATE/TIME: | **September 5, 2014**<br>11:30am – 12:00pm |
|---|---|---|---|
| DEPUTY CLERK | Kerry Martinez | TAPE/REPORTER | K. Martinez |
| INTERPRETER | None | PRETRIAL/PROB: | Courtney Pierce |

# Clerk's Minutes

## DETENTION/ARRAIGNMENT

DETENTION HEARING:    Parties appear in person and with counsel ready to proceed on government's motion for pretrial detention.

( x )   Parties stipulate to factual contents of Pretrial Services Report as being the direct testimony of Pretrial Services Officer.
( x )   Neither party presents evidence.
( x )   Arguments presented.
( x )   Defendant makes a proffer.
( x )   The Court made a finding that the defendant should be released from detention.
( x )   Government's motion for pretrial detention is denied.
( x )   Defendant released on a $ 10,000   unsecured appearance bond, co-signed and placed into the third-party custody of his mother, Stephanie Hull.
( x )   Conditions of release reviewed.

## ARRAIGNMENT

( x )   Defendant charged in Count(s) One and Two of a Five Count indictment
( x )   Defendant waived reading of the indictment.
( x )   Defendant was informed of the maximum punishment for each applicable count of the indictment.
( x )   Defendant entered a plea of not guilty to each count of the indictment applicable to him.

## ORDERS

( x )   Defendant ordered released on a continuing bail bond.
( x )   Case ordered set for trial on the joint criminal jury trial docket which commences November 3, 2014.
( x )   Scheduling Conference set for **Thursday, September 18, 2014, at 2:45 p.m. in Courtroom 6E before Magistrate Judge Sarah W. Hays.**