# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>SABRENA LYNN MORGAN, et al<br><br>                Defendant. | Case No.   14-06011-01/05-CR-W-HFS |

## **GOVERNMENT'S LIST OF EXHIBITS**

Comes now the United States of America, by the undersigned counsel, and files the attached list of exhibits which the Government may offer at trial and requests leave to amend this list as needed.

                                            Respectfully submitted,

                                            Tammy Dickinson
                                            United States Attorney

                     By   */s/ Bruce Rhoades*

                                            Bruce Rhoades
                                            Assistant United States Attorney
                                            Narcotics & Violent Crimes Unit

                                            Charles Evans Whittaker Courthouse
                                            400 East Ninth Street, Suite 5510
                                            Kansas City, Missouri   64106
                                            Telephone:   (816) 426-3122

CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was delivered on February 10, 2015, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                            */s/ Bruce Rhoades*

                                            Bruce Rhoades
                                            Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SABRENA LYNN MORGAN, et al

        Defendant.

Case No.   14-06011-01/05-CR-W-HFS

## E X H I B I T S

| ˜ | = | Offered & admitted without objection. |
|---|---|---|
| X. | = | Offered & admitted over objection. |
| Ex. | = | Offered, but objected to and excluded. |
| N.O. | = | Marked but not offered. |
| D.B. | = | Admitted, de bene. |
| W.D. | = | Offered then withdrawn. |
| Ltd. | = | Admitted for limited purpose. |

| EXHIBIT NUMBER | ACTION TAKEN | DATE | TIME | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | Approximately 50 photos from Louis Roberts' search warrant |
| 2 | | | | Approximately 50 photos from search of Morgan/Dothage residence |

    I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

PRINTED NAME

SIGNATURE

|   |   |   |   |   |
|---|---|---|---|---|
| 3 | | | | Two handguns and drug distribution paraphernalia from arrest of Dothage |
| 4 | | | | Pink shotgun recovered from Morgan's attorney |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |
| | | | | |