IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) ) | | |
| v. | ) ) | Criminal No. 14-06011-01/05-CR-SJ- | |
| SABRENA LYNN MORGAN (01) | ) | | |
| ELGIN EUGENE DOTHAGE (02) | ) | | |
| FRANKLIN CHARLES CARTER (03) | ) | | |
| STEVEN LEE SCHREIER, JR. (04) | ) | | |
| RONALD LOUIS ROBERTS (05) | ) ) | | |
| Defendant(s). | ) | | |

AUSA: Bruce Rhoades
Defense Atty.: David S. Bell, Retained (01)
David Guastello, CJA (02)
Susan Hunt, CJA (03)
James Brown, CJA (04)
Lisa Nouri, CJA (05)

| JUDGE: | **Sarah W. Hays**  U. S. Magistrate Judge | DATE/TIME: | **February 11, 2015**  10:30 - 11:00 AM |
|---|---|---|---|
| DEPUTY CLERK | Lori Carr | TAPE/REPORTER | FTR/lac |
| INTERPRETER | None | PRETRIAL/PROB: | |

# Clerk's Minutes

### SCHEDULING CONFERENCE

**REMARKS:** Parties present in person and with counsel; defendants Morgan and Schreier, Jr. appear on bond; defendants Dothage, Carter, and Roberts appear in custody. Pretrial conference NOT held. A motion for continuance was filed by defendant Morgan requesting the August, 2015 docket. Objection by defendant Dothage was later withdrawn. Defense counsel gives further explanation as to why continuance of the February 23, 2015 docket is necessary. Discovery issues discussed. Potential new defendants and/or discovery may be produced as the result of the filing of a related indictment (USA v. Bowers; 15-mj-00007-JTM) in early April, 2015. Defense counsel voiced concerns about the effects of the production on the August, 2015 trial docket. It is the court view that parties should plan for a trial date based on the current posture of the case. Defendants request pretrial motions be filed by June 8, 2015. Government responses due by June 22, 2015. Pretrial motion practice requiring a hearing will be set the week of June 29, 2015. Counsel are asked to contact the courtroom deputy to request a specific date/time. Court adjourns.