IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>SABRENA LYNN MORGAN,<br>ELGIN EUGENE DOTHAGE,<br>FRANKLIN CHARLES CARTER,<br>STEVEN LEE SCHREIER, JR.,<br>RONALD LOUIS ROBERTS,<br><br>          Defendants. | Case No. 14-06011-01/05-CR-SJ-HFS |

**O R D E R**

Upon motion of the United States of America, the Indictment against defendants returned on July 29, 2014, is HEREBY DISMISSED.

                                              /s/ Howard F. Sachs
                                              HONORABLE HOWARD F. SACHS
                                              United States District Court Judge

Dated: August 5, 2015
         Kansas City, Missouri